JUNE 26, 1984

No. 83–1874. MACDONALD *v.* SUPERIOR COURT OF CALIFORNIA, MARIN COUNTY (MOUNTANOS, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 1st App. Dist., dismissed under this Court's Rule 53.